# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LSC Wind Down LLC, *et al.,*[1]<br><br>               Post-Confirmation Debtors. | Chapter 11<br><br>Case No. 17-10124 (BLS)<br><br>(Jointly Administered) |
| Limited Creditors' Liquidating Trust,<br>               Plaintiff,<br>vs.<br>Arden Jewelry Mfg. Co.,<br>               Defendant. | Adv. No. 19-50012 |

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action in its entirety with prejudice. An answer has not been filed.

Dated: May 30, 2019                  **BAYARD, P.A.**

                                      By: /s/ Justin R. Alberto
                                      Justin R. Alberto, Esq., DE SBN 5126
                                      Gregory J. Flasser, Esq., DE SBN 6154
                                      600 North King Street, Suite 400
                                      Wilmington, Delaware 19801
                                      Telephone: (302) 655-5000
                                      Email: jalberto@bayardlaw.com
                                                         gflasser@bayardlaw.com

                                        *-and-*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: LSC Wind Down, LLC f/k/a Limited Stores Company, LLC (6463), LS Wind Down, LLC f/k/a Limited Stores, LLC (0165), and TLSGC Wind Down, LLC f/k/a The Limited Stores GC, LLC (6094).

**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Kara E. Casteel, Esq., MN SBN 0389115
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 406-9665
Email: kcasteel@askllp.com

*-and-*

Edward E. Neiger, Esq.
Marianna Udem, Esq.
151 West 46th Street, 4th Floor
New York, NY  10036
Telephone: (212) 267-7342

*Counsel for the Limited Creditors'*
*Liquidating Trust*